UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 15 Cr. 846-9 (KPF) |
| ABDOUL HANNE, | **SCHEDULING ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On June 1, 2020, Defendant Abdoul Hanne submitted a letter motion seeking pretrial release on bond. (Dkt. #90). On June 3, 2020, the Government submitted its opposition to Defendant's motion. (Dkt #97). The Court has considered the parties' submissions and has decided to hear oral argument in the matter. Accordingly, the Court ORDERS the parties to appear telephonically for a hearing on **June 5, 2020, at 10:00 a.m**. The dial-in information for the hearing is as follows: At 10:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated:  June 3, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge