UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 846-9 (KPF) |
| ABDOUL HANNE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court hereby sets a change of plea hearing in this matter on November 2, 2021, at 11:30 a.m. At the scheduled date and time, the parties shall appear in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: October 21, 2021
New York, New York

*Katherine Polk Failla*
KATHERINE POLK FAILLA
United States District Judge