# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

January 19, 2022

Hon. Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *USA v Hanne*, 19 Cr. 846 (KPF)

Your Honor:

I represent Abdoul Hanne in the referenced case and am writing to request that his sentencing, currently scheduled for February 3, 2022, be postponed approximately one month. The reasons for this request are the following: (1) I am still in the process of gathering letters from my client's family; (2) the surge in COVID-19 cases, and corresponding restrictions on attorney visits at the jail, have made it very difficult to confer with my client; and (3) the final pre-sentence report was only received today.

The government consents to this application.

Respectfully submitted,

_____/s/_____
James E. Neuman

Application GRANTED.  The sentencing scheduled for February 3, 2022, is hereby ADJOURNED to April 14, 2022, at 3:00 p.m.

Dated:    January 20, 2022
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE