AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>ABDOUL HANNE | )<br>)<br>)<br>) Case No: 1:19-cr-00846-9 (KPF)<br>) USM No: 87979-054 |

Date of Original Judgment:            04/14/2022
Date of Previous Amended Judgment: _____          James E. Neuman, Esq.
*(Use Date of Last Amended Judgment if Any)*                       *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      04/14/2022      shall remain in effect.
**IT IS SO ORDERED**.

Order Date:            05/21/2024                     _Katherine Polk Failla_
                                                          *Judge's signature*

Effective Date: _____                 Hon. Katherine Polk Failla, U.S. District Judge
          *(if different from order date)*                  *Printed name and title*